# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1560

_____

Conray Carroll,                                    *
                                                   *
                Appellant,                         *
                                                   *   Appeal from the United States
        v.                                         *   District Court for the
                                                   *   Eastern District of Arkansas.
Mike Huckabee, Governor of Arkansas;               *
Leroy Brownlee, Chairman, Post Prison              *        [UNPUBLISHED]
Transfer Board; Tamika Hrobowski,                  *
Prosecuting Attorney; Terry Cass,                  *
Parole Administrator, Post Prison                  *
Transfer Board,                                    *
                                                   *
                Appellees.                         *

_____

Submitted: August 23, 2001
Filed: August 24, 2001

_____

Before BOWMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Conray Carroll appeals from the district court's[1] 28 U.S.C. § 1915A dismissal without prejudice of his 42 U.S.C. § 1983 complaint. Having

_____

[1]The Honorable William R. Wilson, United States District Judge for the Eastern District of Arkansas.

carefully reviewed the record and appellant's brief, <u>see</u> <u>Cooper v. Schriro</u>, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo review), we agree with the district court that, for the reasons the court explained, the complaint failed to state a claim upon which relief may be granted and sought monetary relief from a defendant who is immune.

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B. We deny all pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.